TRIAL COURT CASE NO. D-1-GN-22-002025

§           IN THE DISTRICT COURT
§           FILED IN
§           15th COURT OF APPEALS
§           TRAVIS COUNTY, TEXAS
§           AUSTIN, TEXAS
§           3/14/2025 8:26:39 AM
§           JUDICIAL DISTRICT
            CHRISTOPHER A. PRINE
            Clerk

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFROMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed: FEBRUARY 12, 2025

Type of Order (Interlocutory or Final) FINAL

Date Motion for New Trial Filed:

Request for Findings of Fact and Conclusions of Law filed:

Date Notice of Appeal Filed: MARCH 13, 2025

Name of judge who entered judgment: MAYA GUERRA GAMBLE

Name of court reporter: ALICIA DUBOIS

Address of court reporter: 1700 GUADALUPE, 11TH FLOOR, AUSTIN ,TX 78701

Name of attorney on appeal: DAVID CAMPBELL          SB#: 24057033

Attorney Address: 8300 S MOPAC EXPRESSWAY, SUITE 220, AUSTIN, TX 78759

Attorney E-Mail Address: dcampbell@thompsonhorton.com

Attorney on appeal (check applicable box):

☐ appointed          ☑ retained          ☐ Pro Se

Name of Appellee's Attorney: RUBEN PENA          SB# 15740900

Attorney Address: 222 W HARRISON AVENUE, SUITE B, HARLINGEN, TX 78550-6404

Attorney E-Mail Address: ruben@rubenpenalaw.com

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____E-Mail          _____Hand Delivery          _____Mail

On_____          By:_____(clerk's initials)